**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**"IN ADMIRALTY"**

WORLD FUEL SERVICES (SINGAPORE) PTE LTD,
and WORLD FUEL SERVICES EUROPE, LTD.
collectively d/b/a World Fuel Services,

      Plaintiffs,

vs.

HHL Elbe Shipping Limited,
Hansa Heavy Lift GmbH,

      Defendants.

_____/

**COMPLAINT**

COMES NOW, Plaintiffs (collectively "WFS") by and through undersigned counsel to hereby file their complaint against Defendants HHL Elbe Shipping Limited ("Owner") and Hansa Heavy Lift, GmbH ("Owner's Agent" and/or "Manager") as follows:

**PARTIES, JURISDICTION AND VENUE**

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff WORLD FUEL SERVICES EUROPE, LTD. is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK and a registered address of The Broadgate Tower, 20 Primrose Street, London EC2A 2RS UK.

3. Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE LTD is a company organized under the laws of Singapore with an address at 238A Thomson Road #08-01 Novena Square Tower A Singapore 307684.

4. Collectively, the two plaintiffs are part of the World Fuel Services Marine Group of companies and are indirectly and wholly owned subsidiaries of World Fuel Services Corporation which is a Florida corporation traded publicly on the New York Stock Exchange under the ticker symbol "INT" (collectively World Fuel Services (Singapore) Pte Ltd and World Fuel Services Europe, Ltd. are hereinafter referred to as "World Fuel Services" or "WFS"), based in this District at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178

5. Plaintiffs sell and supply fuel oil and lubricants to ocean going cargo vessels.

6. Defendant Owner HHL Elbe Shipping Limited is a German entity with an address of Oberbaumbrücke 1, Hamburg, Germany 20457.

7. Defendant Hansa Heavy Lift GmbH – the Defendant Owner's Agent and Manager for the Vessel – is a German limited liability corporation with an address of Oberbaumbrücke 1, Hamburg, Germany 20457 and/or was the charterer or otherwise in control of the Vessel at all material times.

8. On August 1, 2017, the Plaintiffs and the Defendant Owner, acting with the express authorization and through its apparent agent, the Defendant Manager/Agent/Charterer who was at all material times in control of the Vessel, entered into a framework fuel management contract for the provision of fuel to the Defendants fleet of vessel(s), including the Defendant HHL Elbe Shipping Limited's Vessel the "HHL ELBE" (hereinafter the "Vessel"). A true and correct copy of this Fuel Management Contract is attached hereto as Exhibit "A".

9. The Fuel Management Contract incorporated, at page 4 of 6, through the section entitled "**Terms and Conditions**," the applicable terms and conditions for the sale of bunkers under the Fuel Management Contract as "The World Fuel Services

Marine Group of Companies General Terms and Conditions dated May 1, 2016."
A true and correct copy of the General Terms and Conditions dated May 1, 2016 is
attached hereto as Exhibit "B".

10. As such, under section 10 of Exhibit "B", the Defendants are subject to the Court's
personal jurisdiction under Fla. Stat. § 48.193(9).

11. Venue likewise under Section 10 of Exhibit "B" lies in the Southern District of
Florida.

12. As such, this Court is the proper venue and the Court has subject matter jurisdiction
over the issues and personal jurisdiction over the parties.

### GENERAL ALLEGATIONS OF FACT

13. Following from the general framework under the Fuel Management Agreement,
from July 2018 through November 2018, the Defendants entered into a series of
five separate contracts for the purchase and sale of marine bunkers which were
supplied to the Vessel "HHL ELBE" in, respectively, (1) Port of Singapore,
Singapore; (2) Port of Nakhodka, Russia; (3) Port of Murmansk, Russia; (4) Port
of Gibraltar, a British Overseas Territory; and (5) Port of Antwerp, Belgium.

14. Despite Plaintiffs causing the supply of contractually ordered bunkers to the Vessel
as ordered and contracted by the Defendants, the Defendants failed to pay for any
of the deliveries.

15. Having not been paid for any of the fuel and gas oil supplied to the Vessel on the
orders of the Defendants, WFS sent a contractually authorized notice to the
Defendants, which had the effect of accelerating the last two invoices due to
December 6, 2018.

16. WFS then filed an action for a conservatory arrest of the "HHL ELBE" in France on all five contracts, a procedural measure alleging a maritime claim whereby the Vessel was arrested in France on or around December 7, 2018.

17. No security has been posted to date.

18. The Vessel remains under arrest and in accordance with French law on conservatory arrests, this action is being instituted as a result.

**COUNT I – BREACH OF MARITIME CONTRACT**
**THE SINGAPORE TRANSACTION**

19. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-18 of this Complaint as if fully set forth herein.

20. Upon to a confirmation order dated on July 20, 2018, the Vessel "HHL ELBE" was provided, on August 3, 2018, at the port of Singapore with 199.4190 MT of fuel 380 CST / RMG380 3.5% at USD 474 per ton and 52.1070 MT of MGO DMA at USD 638 per ton.  True and correct copies are attached for the Confirmation Order as Exhibit "C" and of the Bunker Delivery Note as Exhibit "D".

21. An invoice bearing number 292649-31501 was issued on August 10, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL ELBE", and/or her owners/operators, HHL Elbe Shipping Limited, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 130,273.88.  A true and correct copy of this Invoice is attached as Exhibit "E".

22. The invoice was due October 2, 2018, and to date, remains unpaid.

23. As of January 3, 2019, for the Singapore delivery, Defendants owe $142,845.31, made up of $130,273.88 in principal, $6,057.74 in interest, and $6,513.69 in

contractual fees.  A true and correct copy of the Statement of Account as of January 3, 2019 is attached hereto as Exhibit "F".

### COUNT II – BREACH OF MARITIME CONTRACT
### THE NAKHODKA TRANSACTION(S)

24. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-18 of this Complaint as if fully set forth herein.

25. Upon to a confirmation order dated August 3, 2018, the Vessel "HHL ELBE" was provided, on August 18, 2018, at the port of Nakhodka with 580 MT of fuel 380 CST / RMG380 3.5% at USD 410 per ton. True and correct copies are attached for the Confirmation Order as Exhibit "G" and of the Bunker Delivery Note as Exhibit "H".

26. An invoice bearing number 293052-31501 was issued on August 20, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL ELBE", and/or her owners/operators, HHL Elbe Shipping Limited, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 248,300.00. Two further invoices bearing numbers 293939-31501 and 294759-31501, respectively, were issued in relation with this supply, on August 31, 2018 and September 14, 2018 for amounts of USD 871.69 and USD 230 to accurately reflect the goods/services provided per the order. True and correct copies of these Invoices are attached as Exhibit "I", "J" and "K".

27. The invoices were due October 17, 2018, and to date, remain unpaid.

28. As of January 3, 2019, for the Nakhodka deliveries, Defendants owe in the aggregate for all three invoices $271,598.44, made up of $249,401.69 in principal, $9,726.67 in interest, and $12,470.08 in contractual fees.  A true and correct copy of the Statement of Account as of January 3, 2019 is attached hereto as Exhibit "F".

## COUNT III – BREACH OF MARITIME CONTRACT
## THE MURMANSK TRANSACTION

29. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-18 of this Complaint as if fully set forth herein.

30. Upon to a confirmation order dated September 25, 2018, the vessel "HHL ELBE" was provided, on September 29, 2018 at the port of Murmansk, with 380 MT of fuel 380 CST / RMG380 3.5% at USD 428 per ton and 60 MT of MGO at USD 678 per ton. True and correct copies are attached for the Confirmation Order as Exhibit "L" and of the Bunker Delivery Note as Exhibit "M".

31. An invoice bearing number 228590-32501 was issued on October 12, 2018 by WFS Europe to the contractual debtors, the Vessel, "HHL ELBE," and/or her owners/operators, HHL Elbe Shipping Limited, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 202,265.00.  A true and correct copy of this Invoice is attached as Exhibit "N".

32. The invoice was due November 28, 2018, and to date, remains unpaid.

33. As of January 3, 2019, for the Murmansk delivery, Defendants owe $219,223.02, made up of $205,265.00 in principal, $3,694.77 in interest, and $10,263.25 in contractual fees.  A true and correct copy of the Statement of Account as of January 3, 2019 is attached hereto as Exhibit "F".

## COUNT IV – BREACH OF MARITIME CONTRACT
## THE GIBRALTAR TRANSACTION

34. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-18 of this Complaint as if fully set forth herein.

35. Upon to a confirmation order dated on October 4, 2018, the Vessel "HHL ELBE" was provided, on October 10, 2018, at the port of Gibraltar, with 170 MT of fuel 380 CST / RMG380 3.5% at USD 496 per ton. True and correct copies are attached for the Confirmation Order as Exhibit "O" and of the Bunker Delivery Note as Exhibit "P".

36. An invoice bearing number 228669-32501 was issued on October 16, 2018 by WFS Europe to the contractual debtors, the Vessel, "HHL ELBE", and/or her owners/operators, HHL Elbe Shipping Limited, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 86,419.20. A true and correct copy of this Invoice is attached as Exhibit "Q".

37. The invoice was initially due December 9, 2018, but because of the default in relation to the other invoices, in accordance with Article 7(G) of the WFS General Terms & Conditions agreed to by the parties, the invoice has been due and owing since December 6, 2018 and to date, remains unpaid.

38. As of January 3, 2019, for the Gibraltar delivery, Defendants owe $91,950, made up of $86,419.20 in principal, $1,209.87 in interest, and $4,320.96 in contractual fees. A true and correct copy of the Statement of Account as of January 3, 2019 is attached hereto as Exhibit "F".

### COUNT V – BREACH OF MARITIME CONTRACT
### THE ANTWERP TRANSACTION

39. Plaintiff hereby incorporates and therefore re-alleges Paragraphs 1-18 of this Complaint as if fully set forth herein.

40. Upon to a confirmation order dated on November 19, 2018, the vessel "HHL ELBE" was provided, on November 26, 2018, at the port of Antwerp, with 354 MT of fuel 380 CST / RMG380 3.5% at USD 411 per ton and 80 MT of MGO at USD 605 per ton. True and correct copies are attached for the Confirmation Order as Exhibit "R" and of the Bunker Delivery Note as Exhibit "S".

41. An invoice bearing number 230715-32501 was issued on November 30, 2018 by WFS Europe to the contractual debtors, the Vessel, "HHL ELBE", and/or her owners/operators, HHL Elbe Shipping Limited, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 195,205.41.  A true and correct copy of this Invoice is attached as Exhibit "T".

42. The invoice was initially due January 25, 2019, but because of the default in relation to the other invoices, in accordance with Article 7(G) of the WFS General Terms & Conditions agreed to by the parties, the invoice has been due and owing since December 6, 2018 and to date, remains unpaid.

43. As of January 3, 2019, for the Antwerp delivery, Defendants owe $207,698.56, made up of $195,205.41 in principal, $2,732.88 in interest, and $9,760.27 in contractual fees.  A true and correct copy of the Statement of Account as of January 3, 2019 is attached hereto as Exhibit "F".

WHEREFORE, in accordance with the contracts at issue, Plaintiffs respectfully request the Court to enter Final Judgment in their favor against the Defendants for Plaintiffs' damages, in the amount of $933,315.35 as of January 3, 2019, for which additional interest, contractual fees, attorneys' fees, and costs have accrued or will continue to accrue.

Dated: January 3, 2019                    Respectfully submitted,

                                          **WAGNER LEGAL**
                                          Attorney for Plaintiff
                                          3050 Biscayne Blvd., #904
                                          Miami, FL 33137
                                          Telephone: (305) 768-9247
                                          Facsimile: (305) 306-8598
                                          By: **/s/ Scott A. Wagner**
                                          Scott Wagner, Esq.
                                          Florida Bar No. 10244