UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

WORLD FUEL SERVICES (SINGAPORE) PTE LTD,
and WORLD FUEL SERVICES EUROPE, LTD.
collectively d/b/a World Fuel Services,

    Plaintiffs,
vs.

HHL Elbe Shipping Limited,
Hansa Heavy Lift GmbH,

    Defendants.
_____/

## NOTICE OF SETTLEMENT & VOLUNTARY DISMISSAL

Plaintiffs, by and through undersigned counsel, hereby give notice to this Court that the claims asserted herein have been settled and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby gives notice of dismissal of the above-captioned action, each party to bear its own attorneys' fees and costs. The effectiveness of this dismissal shall be conditioned upon an Order of this Court retaining jurisdiction over the matter to enforce the settlement agreement.

Dated: January 24, 2019

Respectfully Submitted,

**WAGNER LEGAL**
*Counsel for Defendant*
3050 Biscayne Blvd., Suite 904
Miami, Florida 33137
Telephone: (305) 768-9247
Fax: (305) 306-8598

By: */s/ Scott A. Wagner*
    Scott A. Wagner
    Fla. Bar. No. 10244
    sw@wagnerlegalco.com

## CERTIFICATE OF SERVICE

I Hereby CERTIFY that on this 24nd day of January 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.