UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-20035-UU

WORLD FUEL SERVICES (SINGAPORE) PTE LTD., *et al.*,

    Plaintiffs,

v.

HHL ELBE SHIPPING LIMITED, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Settlement and Voluntary Dismissal (the "Notice"). D.E. 4. The Court has considered the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. On January 24, 2019, Plaintiff filed the Notice, notifying the Court that Plaintiff stipulated to the dismissal of the instant action. D.E. 4. As Plaintiff did not specifically denote that the case is dismissed *with* prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the dismissal is *without* prejudice. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of January, 2019.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf